1  Mary E. McCutcheon (State Bar No. 099939)
     mmccutcheon@fbm.com
2  Tyler C. Gerking (State Bar No. 222088)
     tgerking@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Defendant
   SYNGEN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYNGEN, INC., a California corporation, PHILIP COELHO, an individual, PRINCE EMMANUEL, an individual, and TERRENCE WOLF, an individual,<br><br>Defendants. | Case No. 2:15-cv-00142-JAM-DA<br><br>**STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER (L.R. 144)**<br><br>Complaint filed:         January 16, 2015<br>Complaint served:      February 6, 2015<br>Current response date: April 28, 2015<br>New response date:    May 26, 2015 |

Plaintiff SCOTTSDALE INSURANCE COMPANY ("Plaintiff") and Defendants SYNGEN, INC., PHILIP COELHO, PRINCE EMMANUEL, and TERRENCE WOLF ("Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on January 16, 2015, Plaintiff filed its Complaint in this action;

WHEREAS, on February 6, 2015, Plaintiff served Defendants with a copy of the Complaint and Summons in a Civil Action;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendants initially needed to file and serve a response to Plaintiff's Complaint on or before April 7, 2015;

WHEREAS, on April 3, 2015, the parties stipulated to an initial 21-day extension of time for Defendants to respond to Plaintiff's Complaint to and including April 28, 2015 pursuant to

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP FOR 2ND EXTENSION OF TIME TO
RESPOND TO COMPLAINT & PROPOSED
ORDER -- 2:15-CV-00142-JAM-DA

30924\4852462.1

Civil Local Rule 144;

WHEREAS, the parties are now engaged in negotiations that, if successful, could lead to an interim resolution of all issues raised in Plaintiff's Complaint;

WHEREAS, the parties wish to extend the deadline for Defendants to respond to the Complaint by an additional 28 days to determine if an interim resolution can be achieved;

WHEREAS, this is the parties' second stipulation to extend the deadline for Defendants to respond to the Complaint;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT Defendants shall have to and including May 26, 2015, to move, answer, or otherwise respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: April 23, 2015                    FARELLA BRAUN + MARTEL LLP

I represent that concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of his signature on this document.

By: */s/ Tyler C. Gerking*
    Tyler C. Gerking

Attorneys for Defendant
SYNGEN, INC.

Dated: April 23, 2015                    KAUFMAN DOLOWICH & VOLUCK, LLP

By: */s/ Louis H. Castoria*
    Louis H. Castoria

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 4/24/2015                    /s/ John A. Mendez
    Hon. John A. Mendez
    United States District Court Judge