Mary E. McCutcheon (State Bar No. 099939)
  mmccutcheon@fbm.com
Tyler C. Gerking (State Bar No. 222088)
  tgerking@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
SYNGEN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYNGEN, INC., a California corporation, PHILIP COELHO, an individual, PRINCE EMMANUEL, an individual, and TERRENCE WOLF, an individual,<br><br>Defendants. | Case No. 2:15-cv-00142-JAM-DAD<br><br>**STIPULATION FOR THIRD EXTENSION OF TIME TO RESPOND TO COMPLAINT AND PROPOSED ORDER IN LIGHT OF PARTIES' INTERIM RESOLUTION (L.R. 144)**<br><br>Complaint filed:      January 16, 2015<br>Complaint served:    February 6, 2015<br>Current response date: May 26, 2015<br>New response date:   June 2, 2015 |

Plaintiff SCOTTSDALE INSURANCE COMPANY ("Plaintiff") and Defendants SYNGEN, INC., PHILIP COELHO, PRINCE EMMANUEL, and TERRENCE WOLF ("Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on January 16, 2015, Plaintiff filed its Complaint in this action;

WHEREAS, on February 6, 2015, Plaintiff served Defendants with a copy of the Complaint and Summons in a Civil Action;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendants initially needed to file and serve a response to Plaintiff's Complaint on or before April 7, 2015;

WHEREAS, on April 3, 2015, the parties stipulated to an initial 21-day extension of time for Defendants to respond to Plaintiff's Complaint to and including April 28, 2015 pursuant to

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP FOR 3RD EXTENSION OF TIME TO
RESPOND TO COMPLAINT & PROPOSED
ORDER -- 2:15-CV-00142-JAM-DA

30924\4896382.1

1  Civil Local Rule 144;

2  WHEREAS, the parties stipulated to a further extension of time for Defendants to respond
3  to Plaintiff's Complaint to and including May 26, 2015 pursuant to Civil Local Rule 144;

4  WHEREAS, the parties have now agreed in principle to an interim resolution of all issues
5  raised in Plaintiff's Complaint that includes an agreement to stay this action pending final
6  resolution of the underlying litigation, and the parties are currently finalizing a written interim
7  resolution agreement, as well as a stipulation and proposed order staying this action;

8  WHEREAS, the parties wish to extend the deadline for Defendants to respond to the
9  Complaint by an additional 7 days to allow them to finalize the interim resolution agreement and
10 stipulation and proposed order for stay;

11 WHEREAS, this is the parties' third stipulation to extend the deadline for Defendants to
12 respond to the Complaint;

13 NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT
14 Defendants shall have to and including June 2, 2015, to move, answer, or otherwise respond to
15 Plaintiff's Complaint.

16 IT IS SO STIPULATED.

17 Dated:  May 26, 2015          FARELLA BRAUN + MARTEL LLP

I represent that concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of his signature on this document.

By: */s/ Tyler C. Gerking*
     Tyler C. Gerking

Attorneys for Defendant
SYNGEN, INC.

23 Dated:  May 26, 2015          KAUFMAN DOLOWICH & VOLUCK, LLP

By: */s/ Louis H. Castoria*
     Louis H. Castoria

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP FOR 3RD EXTENSION OF TIME TO
RESPOND TO COMPLAINT & PROPOSED
ORDER -- 2:15-CV-00142-JAM-DA

- 2 -

30924\4896382.1

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 5/26/2015                                    /s/ John A. Mendez_____
                                                    Hon. John A. Mendez
                                                    United States District Court Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP FOR 3RD EXTENSION OF TIME TO
RESPOND TO COMPLAINT & PROPOSED         - 3 -                              30924\4896382.1
ORDER -- 2:15-CV-00142-JAM-DA