1  Mary E. McCutcheon (State Bar No. 099939)
       mmccutcheon@fbm.com
2  Tyler C. Gerking (State Bar No. 222088)
       tgerking@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Defendant
   SYNGEN, INC.

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11  SCOTTSDALE INSURANCE COMPANY,          Case No. 2:15-cv-00142-JAM-DA
    an Ohio corporation,
12                                          **STIPULATION FOR FOURTH
                          Plaintiff,        EXTENSION OF TIME TO RESPOND TO
13                                          COMPLAINT AND  ORDER IN LIGHT
    v.                                      OF PARTIES' INTERIM RESOLUTION
14                                          (L.R. 144)**
    SYNGEN, INC., a California corporation,
15  PHILIP COELHO, an individual, PRINCE    Complaint filed:      January 16, 2015
    EMMANUEL, an individual, and           Complaint served:     February 6, 2015
16  TERRENCE WOLF, an individual,          Current response date: June 2, 2015
                                           New response date:     June 9, 2015
17                        Defendants.

18

19        Plaintiff SCOTTSDALE INSURANCE COMPANY ("Plaintiff") and Defendants

20  SYNGEN, INC., PHILIP COELHO, PRINCE EMMANUEL, and TERRENCE WOLF

21  ("Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

22        WHEREAS, on January 16, 2015, Plaintiff filed its Complaint in this action;

23        WHEREAS, on February 6, 2015, Plaintiff served Defendants with a copy of the

24  Complaint and Summons in a Civil Action;

25        WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendants initially

26  needed to file and serve a response to Plaintiff's Complaint on or before April 7, 2015;

27        WHEREAS, on April 3, 2015, the parties stipulated to an initial 21-day extension of time

28  for Defendants to respond to Plaintiff's Complaint to and including April 28, 2015 pursuant to

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP FOR 4TH EXTENSION OF TIME TO
RESPOND TO COMPLAINT & PROPOSED
ORDER -- 2:15-CV-00142-JAM-DA                          30924\4896382.2

1    Civil Local Rule 144;

2           WHEREAS, the parties stipulated to a further extension of time for Defendants to respond

3    to Plaintiff's Complaint to and including May 26, 2015 pursuant to Civil Local Rule 144;

4           WHEREAS, the parties stipulated to a further extension of time for Defendants to respond

5    to Plaintiff's Complaint to and including June 2, 2015 pursuant to Civil Local Rule 144 after

6    reaching an agreement in principle to an interim resolution of all issues raised in Plaintiff's

7    Complaint that includes an agreement to stay this action pending final resolution of the

8    underlying litigation;

9           WHEREAS, one final issue has been unexpectedly raised today (June 2, 2015) that the

10   parties need some limited additional time to resolve;

11          WHEREAS, the parties wish to extend the deadline for Defendants to respond to the

12   Complaint by an additional 7 days to allow them to finalize the interim resolution agreement and

13   stipulation and proposed order for stay;

14          WHEREAS, this is the parties' fourth stipulation to extend the deadline for Defendants to

15   respond to the Complaint;

16          NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT

17   Defendants shall have to and including June 9, 2015, to move, answer, or otherwise respond to

18   Plaintiff's Complaint.

19          IT IS SO STIPULATED.

20

21   Dated:  June 2, 2015                        FARELLA BRAUN + MARTEL LLP

22   I represent that concurrence in the
     filing of this document has been
23   obtained from the other signatory,          By: */s/ Tyler C. Gerking*
     which shall serve in lieu of his                Tyler C. Gerking
24   signature on this document.

25                                               Attorneys for Defendant
                                                 SYNGEN, INC.

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP FOR 4TH EXTENSION OF TIME TO
RESPOND TO COMPLAINT & PROPOSED          - 2 -                               30924\4896382.2
ORDER -- 2:15-CV-00142-JAM-DA

1   Dated:  June 2, 2015                          KAUFMAN DOLOWICH & VOLUCK, LLP

2

3                                                 By: */s/ Louis H. Castoria*
                                                      Louis H. Castoria
4
                                                  Attorneys for Plaintiff
5                                                 SCOTTSDALE INSURANCE COMPANY

6

7        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9

10  Dated: 6/2/2015                               /s/ John A. Mendez
                                                  Hon. John A. Mendez
11                                                United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP FOR 4TH EXTENSION OF TIME TO
RESPOND TO COMPLAINT & PROPOSED          - 3 -                          30924\4896382.2
ORDER -- 2:15-CV-00142-JAM-DA