1 | **KAUFMAN DOLOWICH & VOLUCK, LLP**
LOUIS H. CASTORIA, ESQ. (SBN 95768)
2 | SHEILA M. PHAM, ESQ. (SBN 293673)
425 California Street, Suite 2100
3 | San Francisco, California 94104
Telephone: (415) 926-7600
4 | Facsimile: (415) 926-7601

5 | **BAILEY CAVALIERI, LLC**
SABRINA HAURIN, ESQ.
6 | KEITH LITTLE, ESQ.
10 W. Broad Street, Suite 2100
7 | Columbus, Ohio 43215-3422
Telephone: (614) 221-3155
8 | Facsimile: (614) 221-0479

9 | Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY
10 |
**FARELLA BRAUN + MARTEL, LLP**
11 | MARY E. MCCUTCHEON (SBN 99939)
TYLER C. GERKING (SBN 222088)
12 | 235 Montgomery Street
San Francisco, California 94104
13 | Telephone: (415) 954-4404

14 | Attorneys for Defendants SYNGEN, INC., PHILIP
COELHO, PRINCE EMMANLUEL, and
15 | TERRENCE WOLF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation, | Case No.: 2:15-CV-00142-JAM-DAD |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO EXTEND TIME TO RESPOND; ORDER** |
| SYNGEN, INC., a California corporation, PHILIP COELHO, an individual, PRINCE EMMANLUEL, an individual, and TERRENCE WOLF, an individual. | |
| Defendants. | |

- 1 -
JOINT STIPULATION TO EXTEND TIME TO RESPOND AND [PROPOSED] ORDER

1

2   All parties herein, Plaintiff SCOTTSDALE INSURANCE COMPANY ("Plaintiff") and

3   Defendants SYNGEN, INC., PHILIP COELHO, PRINCE EMMANUEL, and TERRENCE WOLF

4   ("Defendants"), collectively referred to as the "Parties," have reached a joint stipulation regarding

5   Plaintiff's deadline to file and serve its opposition to Defendants' Motion to Dismiss.

6                                    **RECITALS**

7   WHEREAS, Defendants filed a Motion to Dismiss, which is scheduled to be heard on

8   September 2, 2015 at 9:30 a.m. in Department 6;

9   WHEREAS, Plaintiff's deadline to file and serve its opposition to Defendants' Motion to

10  Dismiss is currently August 19, 2015;

11  WHEREAS, the Parties agree to extend Plaintiff's deadline to file and serve its opposition to

12  Defendants' Motion to Dismiss until Monday, October 5, 2015;

13  WHEREAS, no extensions have already been obtained by any party as to Defendants' Motion

14  to Dismiss;

15  WHEREAS, the Parties jointly request that the Court set a new hearing date for Defendants'

16  Motion to Dismiss, currently scheduled for September 2, 2015 at 9:30 a.m. in Department 6, on or

17  after October 12, 2015, as is convenient to the Court.

23                          [Stipulation follows on next page]

# STIPULATION

IT IS HEREBY STIPULATED by and between the Parties hereto through their respective attorneys of record as follows:

1. Plaintiff's deadline to file and serve its opposition to Defendants' Motion to Dismiss is extended from August 19, 2015 until October 5, 2015.

2. The Parties jointly request that the Court set a new hearing date for Defendants' Motion to Dismiss, currently scheduled for September 2, 2015 at 9:30 a.m. in Department 6, on or after October 12, 2015, as is convenient to the Court.

IT IS SO STIPULATED.

DATED: _____    **KAUFMAN DOLOWICH & VOLUCK, LLP**

/s/ Louis H. Castoria
LOUIS H. CASTORIA, ESQ.
SHEILA M. PHAM, ESQ.
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

DATED: August 13, 2015    **BAILEY CAVALIERI, LLC**

/s/ Sabrina Haurin
SABRINA HAURIN, ESQ.
KEITH LITTLE, ESQ.
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

DATED: August 13, 2015    **FARELLA BRAUN + MARTEL, LLP**

/s/ Tyler C. Gerking
MARY E. MCCUTCHEON
TYLER C. GERKING
Attorneys for Defendants SYNGEN, INC., PHILIP COELHO, PRINCE EMMANLUEL, and TERRENCE WOLF

**ORDER**

Having considered the foregoing Joint Stipulation of all Parties, and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's deadline to file and serve its opposition to Defendants' Motion to Dismiss is extended from August 19, 2015 until October 7, 2015;

2. Defendant's reply brief shall be filed on or before October 14, 2015;

3. The Court resets the hearing on Defendants' Motion to Dismiss, currently scheduled for September 2, 2015 at 9:30 a.m. in Courtroom 6, to October 21, 2015, at 9:30 a.m. in Courtroom #6.

IT IS SO ORDERED.

DATED: 8/14/2015

/s/ John A. Mendez_____
Honorable John A. Mendez
U. S. District Court Judge

JOINT STIPULATION TO EXTEND TIME TO RESPOND AND [PROPOSED] ORDER