| | |
|---|---|
| KAUFMAN DOLOWICH VOLUCK, LLP<br>Louis H. Castoria (SBN 95768)<br>lcastoria@kdvlaw.com<br>425 California Street, Suite 2100<br>San Francisco, California 94104<br>Telephone: (415) 926-7600<br>Facsimile: (415) 926-7601<br><br>BAILEY CAVALIERI LLC<br>Keith A. Little (admitted *pro hac vice*)<br>klittle@baileycav.com<br>Sabrina Haurin (admitted *pro hac vice*)<br>shaurin@baileycav.com<br>10 West Broad Street, Suite 2100<br>Columbus, Ohio 43215-3422<br>Telephone: (614) 221-3155<br>Facsimile: (614) 221-0479<br><br>Attorneys for Plaintiff<br>SCOTTSDALE INSURANCE COMPANY | FARELLA BRAUN + MARTEL LLP<br>Mary E. McCutcheon (SBN 099939)<br>mmccutcheon@fbm.com<br>Tyler C. Gerking (SBN 222088)<br>tgerking@fbm.com<br>235 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Attorneys for Defendant<br>SYNGEN, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br>an Ohio corporation,<br><br>                Plaintiff,<br><br>v.<br><br>SYNGEN, INC.,<br><br>                Defendant. | Case No. 2:15-cv-00142-JAM-DA<br><br>**JOINT STIPULATION REGARDING DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff SCOTTSDALE INSURANCE COMPANY ("Scottsdale") and Defendant SYNGEN, INC. ("SynGen") by and through their respective counsel, hereby stipulate and agree as follows:

1. On January 16, 2015, Scottsdale filed a Complaint against SynGen.

2. On October 28, 2015, the Court dismissed Scottsdale's First Cause of Action with prejudice and stayed its Second Cause of Action pending final resolution of the underlying litigation at issue in this insurance coverage matter.

3. The underlying litigation was dismissed with prejudice on July 13, 2017.

3. On August 15, 2017, the Court issued a Status (Pre-trial Scheduling) Order for this matter. This Order did not set a deadline for the filing of responsive pleadings.

4. On August 30, 2017, Scottsdale voluntarily dismissed without prejudice the individual defendants from this action.

5. In accordance with Local Rule 144(a), Scottsdale and SynGen, by and through their respective counsel, agree that SynGen shall file its responsive pleading in this matter no later than September 22, 2017.

Dated: August 31, 2017    FARELLA BRAUN + MARTEL LLP
Mary E. McCutcheon
Tyler C. Gerking
Amanda D. Hairston


By: */s/ Amanda A. Hairston*
   Amanda A. Hairston

Attorneys for Defendant
SYNGEN, INC.


Dated: August 31, 2017    KAUFMAN DOLOWICH VOLUCK, LLP
Louis H. Castoria

BAILEY CAVALIERI LLC
Keith A. Little
Sabrina Haurin


By: */s/ Sabrina Haurin (as authorized on Aug 30, 2017)*
   Sabrina Haurin

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 8/31/2017    /s/ John A. Mendez_____

United States District Court Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION RE DEADLINE TO
RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. 2:15-CV-00142-JAM-DA

- 2 -

30924\6169288.1