Mary E. McCutcheon (State Bar No. 99939)
mmccutcheon@fbm.com
Tyler C. Gerking (State Bar No. 222088)
tgerking@fbm.com
Amanda D. Hairston (State Bar No. 251096)
ahairston@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant/Counterclaimant
SYNGEN, INC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>SYNGEN, INC.,<br><br>              Defendant.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-00142-JAM-DAD<br><br>**ORDER VACATING CERTAIN DEADLINES AND HEARING DATES**<br><br>Date: March 27, 2018<br>Time: 1:30 p.m.<br>Judge: The Hon. John Mendez<br>Courtroom: 6 |

For good cause shown by stipulation, IT IS HEREBY ORDERED THAT the following deadlines and hearing dates are vacated:

- the February 16, 2018 deadline for the expert witness disclosures;
- the March 16, 2018 deadline for supplemental expert witness disclosures;
- the April 27, 2018 deadline for the completion of fact discovery;
- the June 12, 2018 deadline for dispositive motions;
- the July 10, 2018 hearing date for dispositive motions;
- the August 24, 2018 final pre-trial conference date; and
- the October 1, 2018 trial date.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

[PROPOSED] ORDER VACATING CERTAIN DEADLINES AND HEARING DATES - Case No. 2:15-cv-00142-JAM-DAD

- 1 -

30924\6437252.1

IT IS SO ORDERED.

Dated: 2/12/2018 /s/ John A. Mendez
The Honorable John A. Mendez
United States District Court Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

[PROPOSED] ORDER VACATING CERTAIN DEADLINES AND HEARING DATES - Case No. 2:15-cv-00142-JAM-DAD

- 2 -

30924\6437252.1