# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SYNGEN, INC., et al.,<br><br>　　　　Defendants. | No. 2:15-cv-0142 JAM DB<br><br><br>ORDER |

This action came before the court on July 6, 2018, for hearing of non-party Cesca Therapeutics, Inc.'s ("Cesca"), motion to quash. (ECF No. 59.) Attorney Valerie Rojas appeared telephonically on behalf of the plaintiff. Attorneys Tonya Newman and Gregory Forfa appeared telephonically on behalf of non-party Cesca. No appearance was made on behalf of any defendant.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Cesca's May 25, 2018 motion to quash (ECF No. 53.) is granted in part and denied in part;

2. Within thirty days of the July 6, 2018 hearing, Cesca shall produce to plaintiff all documents produced in the underlying litigation; and

1

3. Cesca's production shall be made pursuant to the parties stipulated protective order, adopted by the undersigned in a separate order.

Dated: July 10, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\scottsdale0142.oah.070618