1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br>an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SYNGEN, INC., a California corporation,<br><br>Defendant. | Case No.: 2:15-cv-00142-JAM-DB<br><br>Matter Assigned to Honorable District Judge John A. Mendez<br><br>[~~PROPOSED~~] *JAM* ORDER RE PLAINTIFF/COUNTER-DEFENDANT SCOTTSDALE INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>DATE: March 24, 2020<br>TIME: 1:30 p.m.<br>Courtroom: 6<br><br>[Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities; Request for Judicial Notice; and [Proposed] Judgment] |
| AND RELATED CLAIMS | Action Filed: January 16, 2015 |

The Court having received, read and considered *JAM* ~~heard oral argument related to~~ Plaintiff Scottsdale Insurance Company's (herein referred to as "Scottsdale" and/or "Plaintiff and Counter-Defendant") Motion for Judgment on the Pleadings ("Motion") pursuant to Federal Rules of Civil Procedure Rule 12(c) against Defendant and Counter-Claimant,

LEGAL\44312926\1

Syngen, Inc. ("Syngen") and good cause appearing, Scottsdale's Motion is hereby GRANTED and the Court orders as follows:

Scottsdale's Motion for Judgment on the Pleadings is granted and Scottsdale is entitled to judgment on the pleadings as a matter of law, with respect to the following:

1. Scottsdale's Complaint for Declaratory Relief/Reimbursement; and
2. Syngen, Inc.'s Counter-Claim for Bad Faith.

IT IS SO ORDERED.

Dated: March 24, 2020

Honorable John A. Mendez
United States Magistrate Judge